Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW D. WEINBERGER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant | Case No. 2:26-cv-00411-TL<br><br>~~(PROPOSED)~~ ORDER ON STIPULATED MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES<br><br>NOTED FOR CONSIDERATION: November 5, 2026 |

This matter came before this Court on the parties' stipulated motion for an extension of the current discovery by not less than sixty (60) days and the issuance of an amended Case Scheduling Order.

The Court having considered the matter, and finding that good cause for the requested extension exists, hereby ORDERS that all current discovery and pretrial deadlines be extended by not less than sixty (60) days and that an amended Case Scheduling Order shall be issued incorporating the extended dates.

DATED this 5th day of November, 2026.

Tana Lin
United States District Court Judge



**LePley Law Firm**
**3633 136th Place SE, Suite 120**
**Bellevue WA 98006**
**T: (425) 641-5353**
**F: (425) 747-0611**

**Presented By**:

LEPLEY LAW FIRM

s/ *Patrick H. LePley*
Patrick H. LePley, WBSA #7071
3633 136th Place SE, Suite 120
Bellevue, WA 98006
Telephone: (425) 641-5353
Email: phl@lepleylawfirm.com

Attorneys for Plaintiffs

MIX SANDERS THOMPSON PLLC

s/ *Mark A. Thompson*
Mark A. Thompson
1601 5th Ave, Suite 1800
Seattle, WA 98101
Telephone (206) 678-1000
Email: mark@mixsanders.com

Attorney for Defendant State Farm